UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24629-CIV-ALTONAGA/Reid

WAI CHUI MUI, *et al.*,

    Plaintiffs,

v.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with John Salmon of Salmon & Dulberg on June 18, 2024 at 2:00 p.m. via Zoom platform. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 8th day of January, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record