UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WAINCHUI MUI and MEE NGAN MUI,

        Plaintiffs,                  CASE NO. 1:23-cv-24629-CMA

vs.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties, that this case is hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The parties shall go hence without day.

Dated this 10th day of June, 2024.

LEVIN LITIGATION, PLLC.
6100 Hollywood Blvd.
Suite 520
Hollywood, Florida 33024
Telephone: (954) 678-5155
Service@levinlitigation.com

HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Boulevard
Suite 1000, 10th Floor
Coral Gables, Florida 33134
Telephone:  (305) 358-7747
jmanzo@hinshawlaw.com

_s/ Yitzhak Levin_____
Yitzhak Levin, Esq.
Florida Bar No. 116901
*Counsel for Plaintiffs*

s/ Joseph V. Manzo_____
Joseph V. Manzo, Esq.
Florida Bar No. 52309
*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on June 10th, 2024, I electronically filed the foregoing via the

CM/ECF system which will send a notice of electronic filing to all counsel of record.

HINSHAW & CULBERTSON LLP

*s/Joseph V. Manzo*
Joseph V. Manzo, Esq.
Florida Bar No. 52309
jmanzo@hinshawlaw.com
2811 Ponce de Leon Boulevard
Suite 1000, 10th Floor
Coral Gables, Florida 33134
Telephone:  (305) 358-7747
Facsimile:  (305) 577-1063

1068605\321421197.v1